

# CAPEHART SCATCHARD
ATTORNEYS AT LAW

John K. Fiorilla
856.914.2054
jfiorilla@capehart.com

September 17, 2008

FAX: 609-989-0435

Magistrate Judge Tonianne J. Bongiovanni
U.S. District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Re:   Re: Middlesex County Health Department
      v. Consolidated Rail Corporation, a/k/a Conrail
      Case No. 08-cv-4547
      Our File #0476-94008

RECEIVED

SEP 18 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Dear Judge Bongiovanni:

This law firm represents the defendant, Consolidated Rail Corporation, in the above matter. An answer to the Complaint in due today.

This will confirm my telephone conversation with a member of your staff today. John K. Fiorilla is requesting an automatic extension of time to file the Answer for 20 days, as his father has just passed away.

We respectfully request that the automatic extension be granted.

Respectfully yours,

CAPEHART & SCATCHARD, P.A.

So Ordered this 17 day
of September, 2008

Patricia M. Beringer
Patricia M. Beringer
Paralegal

Betsy G. Ramos
Betsy G. Ramos, Esq.

PMB:p

1060397

Capehart & Scatchard, P.A.   Laurel Corporate Center   8000 Midlantic Drive   Suite 300 South   Mount Laurel, New Jersey 08054
856.234.6800   Fax 856.235.2786   www.capehart.com